## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION ||
|---|---|
| Main Case No: 19-30080 | Name of Debtor: JOSEPH LYNN CUNNINGHAM |
| Adversary No: N/A | Style of Adversary: N/A |
|  |  |
| Witnesses: |  |
| Glenn Veeder, Ford Motor Credit Company LLC | Judge: MARVIN ISGUR |
|  | Courtroom Deputy: TYLER LAWS |
|  | Hearing Date: MAY 29, 2020 |
|  | Hearing Time: 9:00 a.m |
|  | Party's Name: FORD MOTOR CREDIT COMPANY LLC |
|  | Attorney's Name: GEORGE F. DUNN |
|  | Attorney's Phone: (713) 622-8338 |
|  | Nature of Proceeding: MOTION FOR RELIEF FROM THE STAY REGARDING EXEMPT PROPERTY |
|  |  |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | AFFIDAVIT, along with Exhibits "A" and "B" attached, re: Vehicle bearing VIN 1FT7W2A6XFEC41507, acct. # XXXX5471 |  |  |  |  |
| 3 | Trustee's Payment Records re: Vehicle bearing VIN 1FT7W2A6XFEC41507, acct. # XXXX5471 |  |  |  |  |
| 2 | AFFIDAVIT, along with Exhibits "A" and "B" attached, re: Vehicle bearing VIN 1FT7W2A6XFEC40171, acct. #XXXX7940 |  |  |  |  |
| 4 | Trustee's Payment Records re: Vehicle bearing VIN 1FT7W2A6XFEC40171, acct. #XXXX7940 |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Trustee Payments, May 26, 2020 | | | | |
| | All exhibits offered by Debtor | | | | |
| | All necessary rebuttal exhibits | | | | |

Respectfully submitted,

_____
VICKI W. HART
State Bar of Texas No. 24046037
vhart@dntlaw.com [E-mail]
GEORGE F. DUNN
State Bar of Texas No. 24097630
gdunn@dntlaw.com [E-mail]
ATTORNEY FOR CREDITOR
AND PARTY-IN-INTEREST
FORD MOTOR CREDIT COMPANY LLC

OF COUNSEL:

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 Woodway Drive, Suite 9000
Houston, Texas 77056-1725
(713) 622-8338 [PHONE]
(713) 586-7053 [FACSIMILE]

### Certificate of Service and Certificate of Compliance with BLR 4001

A copy of the foregoing Witness and Exhibit List was served on the persons shown on Exhibit 1 on May 27, 2020, by prepaid United States first class mail or ECF. Movant certifies that Movant has complied with Bankruptcy Local Rule 4001.

### EXHIBIT 1

**Counsel for Debtor (via ECF)**
Eloise A. Guzman
8225 Gulf Freeway
Houston, Texas   77017

**Chapter 13 Trustee (via ECF)**
David G. Peake
9660 Hillcroft, Suite 430
Houston, Texas   77096-3856

**Debtor (by regular first class mail)**
JOSEPH LYNN CUNNINGHAM
423 Cranbrook Lane
League City, Texas   77573

_____
VICKI W. HART