**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: Joseph Lynn Cunningham

**Debtor(s)**

Case No.: 19–30080

Chapter: 13

ENTERED
06/02/2021

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/2/21

MARVIN ISGUR
United States Bankruptcy Judge